# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.W., by and through her guardian ad litem, Sandra Drumonde,<br><br>Plaintiff,<br><br>v.<br><br>TURLOCK UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | CASE No.: 1:20−cv−00266−DAD−SAB<br><br>ORDER RE STIPULATION THAT TURLOCK UNIFIED SCHOOL DISTRICT WAIVES EXHAUSTION OF ADMINSTRATIVE REMEDIES AS AN AFFIRMATIVE DEFENSE<br><br>(ECF No. 11) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Turlock Unified School District cannot assert exhaustion as an affirmative defense with respect to any claims arising prior to January 1, 2020, filed by or on behalf of S.W.

IT IS SO ORDERED.

Dated: **March 16, 2020**

UNITED STATES MAGISTRATE JUDGE