# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.W., by and through her guardian ad litem SANDRA DRUMONDE,<br><br>Plaintiff,<br><br>v.<br><br>TURLOCK UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No. 1:20-cv-00266-DAD-SAB<br><br>ORDER RE: STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 17, 20) |

On November 15, 2021, the parties filed a stipulated request to extend the discovery deadlines in the May 27, 2020 scheduling order (ECF No. 17). (ECF No. 20.) The parties assert they previously entered into a settlement agreement that resolved some of the case issues and are continuing to explore the possibility that this matter can be resolved without the need of trial. To that end, the parties assert they need additional time to safely meet with their clients face to face and complete the depositions of several employees believed to be necessary to Plaintiff's case, some of whom Plaintiff is still attempting to locate. The parties additionally proffer they experienced some delays with the depositions due to scheduling restrictions, including some restrictions imposed by Covid. Finally, the parties maintain the requested modifications will not affect the dispositive motion deadline or the pretrial conference. The Court finds good cause

exists to grant the requested stipulated relief.

Accordingly, pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the scheduling order is further modified as follows:

1. Non-expert Discovery Cutoff Deadline: **April 14, 2022**;
2. Non-Dispositive Pre-Trial Motion Deadline: **April 14, 2022**;
3. Expert Witness Disclosure Deadline: **May 15, 2022**; and
4. Supplemental Expert Witness Disclosure Deadline: **July 15, 2022**.

All remaining deadlines and hearing dates as set forth in the May 27, 2020 scheduling order (ECF No. 17) remain in effect.

IT IS SO ORDERED.

Dated:   **November 17, 2021**

UNITED STATES MAGISTRATE JUDGE