# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. W.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TURLOCK UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant. | Case No. 1: 20-cv-00266-DAD-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE REQUEST FOR APPROVAL OF SETTLEMENT WITHIN SIXTY DAYS<br><br>(ECF No. 22) |

　　　　This action was filed on February 21, 2020, by S.W., a developmentally disabled adult, by and through her guardian ad litem. (ECF No. 1.) On October 11, 2021, the parties filed a joint notice of settlement. (ECF No. 22.) Given the status of the respective parties, the settlement will require the preparation of a release, approval by two different governing boards, and thereafter, approval from the Court. The parties anticipate that a request for approval of the settlement will be filed within the next thirty to sixty days.

　　　　Pursuant to Local Rule, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. L.R. 160(b). The Court finds good cause to extend the deadline in this action to file dispositional documents based on the parties' stipulated request and the status of the parties in this action.

/ / /

/ / /

1

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file a motion for approval of the settlement within sixty (60) days of entry of this order.

IT IS SO ORDERED.

Dated:   **March 8, 2022**

UNITED STATES MAGISTRATE JUDGE