1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.W., | Case No. 1:20-cv-00266-DAD-SAB |
|     Plaintiff, | ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR INCOMPETENT'S COMPROMISE FOR JUNE 15, 2022 |
|     v. | |
| TURLOCK UNIFIED SCHOOL DISTRICT, et al., | (ECF No. 24) |
|     Defendants. | |

On May 6, 2022, Plaintiff filed a motion for an incompetent's compromise.  (ECF No. 24.)  The matter was not set for hearing.  The Court shall set the matter for hearing at least 35 days from the date of the filing for the issuance of findings and recommendations by the assigned Magistrate Judge pursuant to the standing order in light of judicial and the Local Rules.  (See ECF No. 5-2 at 3; L.R. 202(b)(2); L.R. 230(b).)

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Accordingly, IT IS HEREBY ORDERED that a hearing on Plaintiff's motion for incompetent's compromise, is set for June 15, 2022, at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:   **May 9, 2022**

UNITED STATES MAGISTRATE JUDGE