UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.W.,<br><br>  Plaintiff,<br><br>  v.<br><br>TURLOCK UNIFIED SCHOOL DISTRICT,<br><br>  Defendant. | No.  1:20-cv-00266-DAD-SAB<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING APPROVAL OF THE COMPROMISE ON BEHALF OF INCOMPETENT PLAINTIFF S.W.</u><br><br>(Doc. Nos. 24, 28) |

On February 21, 2020, plaintiff S.W., an incompetent and developmentally disabled adult, by and through her *guardian ad litem* Sandra Drumonde, filed the pending action against defendant Turlock Unified School District, alleging violations of Title II of the Americans with Disabilities Act of 1990 ("ADA"), and § 504 of the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794.  (Doc. No. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 6, 2022, plaintiff filed a petition seeking approval of the settlement reached between the parties.  (Doc. No. 24.)  On June 14, 2022, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's petition for approval of settlement be approved.  (Doc. No. 28.)  The findings and recommendations were served on the

/////

1

parties and contained notice that any objections thereto were to be filed within fourteen (14) days. The time in which to file objections has since passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on June 14, 2022 (Doc. No. 28) are adopted;
2. The petition to approve settlement of the incompetent's claims (Doc. No. 24) is granted; and
3. The parties are directed to file with the court a stipulation for dismissal of the action with prejudice, within twenty-one (21) days of the date of service of this order.

IT IS SO ORDERED.

Dated: __**August 5, 2022**__    _____
UNITED STATES DISTRICT JUDGE

2