# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.W.,<br><br>    Plaintiff,<br><br>    v.<br><br>TURLOCK UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No. 1:20-cv-00266-DAD-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF Nos. 28, 29, 30) |

Plaintiff S.W., represented by her guardian ad litem, Sandra Drumonde, filed this action on February 21, 2020, alleging Defendant violated S.W.'s rights by discriminating against her in violation of Title II of the Americans with Disabilities Act of 1990 ("ADA"), and Section 504 of the Rehabilitation Act of 1973, as amended, 29 U.S.C. 794. (ECF No. 1.) On June 14, 2022, the Court issued findings and recommendations recommending Plaintiff's petition for incompetent compromise be granted. (ECF No. 28.) On August 5, 2022, the District Judge adopted the findings and recommendations and ordered dispositional documents be filed within twenty-one (21) days. (ECF No. 29.) On August 22, 2022, a stipulation was filed dismissing this action with prejudice. (ECF No. 30.) In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

1

1    Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this
2 case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **August 23, 2022**

UNITED STATES MAGISTRATE JUDGE